IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| SAMIA BELLOUNIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:18-cv-885 ) |
| MIDDLE-EAST BROADCASTING NETWORK, INC., | ) ) ) ) |
| Defendant. | ) ) |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. It appearing to the Court that Defendant's motion should be GRANTED, it is hereby

ORDERED that this case be dismissed, removed from the trial docket, and a memorandum opinion will be forthcoming.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 30, 2019